USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:    12/22/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

**DST SYSTEMS, INC. ET AL.,**

                              **Plaintiffs,**

             **-against-**

**RUANE, CUNNIFF & GOLDFARB INC.**
**ET AL.,**

                           **Defendants.**

-------------------------------------------------------------- x

          **20-cv-9472 (ALC)**

          **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant Robert Goldfarb's letter requesting a stay of the

motion to dismiss briefing. *See* ECF No. 63. In light of Defendant Goldfarb's submission, the

Parties are ordered to submit a joint letter stating their positions on staying the motion to dismiss.

Such letter shall be filed no later than **December 29, 2021.**

**SO ORDERED.**

**Dated:   December 22, 2021**
     **New York, New York**                                    _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**