

**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

Jeffrey I. Lang
(212) 957 7600
jlang@cohengresser.com

**MEMO ENDORSED**

January 13, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/31/2023

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *DST Systems, Inc., et al. v. Ruane, Cunniff & Goldfarb Inc., et al.*, 20-CV-09472

Dear Judge Carter:

On December 16, 2022, we wrote on behalf of all parties pursuant to Your Honor's Individual Practices to respectfully request a brief stay of the above-referenced action, as from November 10, 2022 through January 17, 2023, to allow the parties to focus their resources on resolving the claims in the case captioned *Ferguson v. Ruane Cuniff & Goldfarb Inc.*, No. 17-cv-06685 (S.D.N.Y.) ("*Ferguson I*"), together with other related cases, including this action. *See* Doc. No. 90. We further requested the Court's approval to provide a joint status update to the Court by January 13, 2023, either asking the Court to extend the stay or proposing a new briefing schedule for the motion to dismiss.

We now write, again on behalf of all parties, to ask the Court to enter a stay that would extend from November 10, 2022 through February 8, 2023. This request is designed to bring the stay in this action in line with the stay entered by the Court on January 9, 2023 in *Ferguson I*, Doc. No. 426. With the Court's approval, the parties will provide a joint status update to the Court by February 8, 2023, either asking the Court to extend the stay or proposing a new schedule for responses to the Complaint.

Respectfully Submitted,

Jeffrey I. Lang

cc:   All counsel of record (*via ECF*)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 1/31/2023

2288746.1