USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 30, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**DST SYSTEMS, INC. ET AL.,**

                 **Plaintiffs,**

            **-against-**

**RUANE CUNIFF & GOLDFARB INC. ET AL.,**

                 **Defendants.**

**20-cv-09472 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint letter. ECF No. 101. The parties' request for a stay is **GRANTED**. The stay will last until **June 2, 2023**. The parties are **ORDERED** to file a joint status report by **June 2, 2023**. The Clerk of the Court is respectfully directed to terminate ECF Nos. 93, 95, 97, 98, 99, 100, 101.

**SO ORDERED.**

**Dated:  May 30, 2023**
        **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**