USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 5, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DST SYSTEMS, INC. ET AL.,** | |
| Plaintiffs, | |
| -against- | **20-cv-09472 (ALC)** |
| **RUANE CUNIFF & GOLDFARB INC. ET AL.,** | **ORDER** |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint letter. ECF No. 101. The Court will maintain the stay of deadlines until **June 9, 2023.** The parties are hereby **ORDERED** to file a joint status report on **June 9, 2023.**

**SO ORDERED.**

Dated:  June 5, 2023
       New York, New York

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**