USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 12, 2023_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DST SYSTEMS, INC. ET AL.,**<br><br>                              **Plaintiffs,**<br><br>              -against-<br><br>**RUANE CUNIFF & GOLDFARB INC. ET AL.,**<br><br>                              **Defendants.** | **20-cv-09472 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint letter motion. ECF No. 105. The Court will maintain the stay of deadlines until **June 16, 2023.** The parties are hereby **ORDERED** to file a joint status report on or by **June 16, 2023.**

**SO ORDERED.**

**Dated:  June 12, 2023**
           **New York, New York**

_____
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**