**MEMO ENDORSED**

**O'Melveny**

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/20/2023

Paul J. Wooten
D: +1 212 728 5857
pwooten@omm.com

June 16, 2023

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *DST Systems, Inc., et al. v. Ruane, Cunniff & Goldfarb Inc., et al.*, 20-CV-09472

Dear Judge Carter:

On June 9, 2023, we wrote on behalf of all parties pursuant to Your Honor's Individual Practices and in accordance with the Court's order of June 5, 2023, Doc. No. 104, to respectfully request that the Court enter a further stay of this matter to the same date as any stay entered in *Ferguson v. Ruane Cuniff & Goldfarb Inc.*, No. 17-cv-06685 (S.D.N.Y.) ("*Ferguson I*"), *Ferguson v. Goldfarb*, Case No. 1:20-cv-07092 (S.D.N.Y.) ("*Ferguson II*"), and *Su v. Ruane, Cunniff & Goldfarb, Inc.*, Case No. 1:19-cv-09302 (S.D.N.Y.) ("*Su*"). On June 12, 2023, the Court granted the parties' request, stayed this matter until June 16, 2023, and ordered the parties to file a joint status report by June 16, 2023. Doc. No. 106.

We now write, again on behalf of all parties and in accordance with the Court's order of June 12, to provide an update to the Court and to respectfully refer the Court to the joint status reports filed today in *Ferguson I*, *Ferguson II*, and *Su*. See *Ferguson I*, Doc. No. 461; *Ferguson II*, Doc. No. 76; *Su*, Doc. No. 213. In light of the developments reflected in those filings, and in light of the parties' request for a stay of all deadlines in those actions until June 23, 2023 made therein, we request that the Court also enter a further stay in this matter, to the same date as any stay that is entered in *Ferguson I*, *Ferguson II*, and *Su*. With the Court's approval, the parties will provide a joint status update to the Court by the expiration of any stay the Court may enter, either asking the Court to extend the stay or proposing a new schedule for responses to the Complaint.

Respectfully Submitted,

*/s/ Paul J. Wooten*

Paul J. Wooten

cc: All counsel of record (*via ECF*)

The Court will maintain the stay of all deadlines until **June 23, 2023**. The parties are hereby **ORDERED** to file a joint status report on or by **June 23, 2023.**

SO ORDERED:
*/s/ Andrew L. Carter, Jr.*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: June 20, 2023