UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DST SYSTEMS, INC., THE ADVISORY COMMITTEE OF THE DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN and THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF DST SYSTEMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>RUANE, CUNNIFF & GOLDFARB INC., RUANE, CUNNIFF & GOLDFARB LLC, RUANE, CUNNIFF & GOLDFARB L.P., ROBERT D. GOLDFARB, DAVID M. POPPE, MICHAEL N. SLOYER, JOHN B. HARRIS, WENDY D. GOODRICH, PATRICK L. DENNIS, and JOHN DOES 1–20,<br><br>Defendants. | No. 1:20-cv-09472-ALC |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs DST Systems, Inc., the Advisory Committee of the DST Systems, Inc. 401(k) Profit Sharing Plan, and the Compensation Committee of the Board of Directors of DST Systems, Inc., and Defendants Ruane, Cunniff & Goldfarb Inc., Ruane, Cunniff & Goldfarb LLC, Ruane, Cunniff & Goldfarb L.P., Robert D. Goldfarb, David M. Poppe, Michael N. Sloyer, John B. Harris, Wendy D. Goodrich, and Patrick L. Dennis, by and through their undersigned counsel, hereby stipulate to the

voluntary dismissal with prejudice of the above-captioned matter, with each party to bear their own attorney's fees and costs.

Dated:  November 28, 2023
       New York, NY

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: ___/s/ Lewis R. Clayton___
    Lewis R. Clayton
    Jeffrey J. Recher
    Nina M. Kovalenko
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Telephone: (212) 373-3000
    Facsimile: (212) 757-3990
    Emails: lclayton@paulweiss.com
            jrecher@paulweiss.com
            nkovalenko@paulweiss.com

*Counsel for Plaintiffs DST Systems, Inc., the Advisory Committee of the DST Systems, Inc. 401(k) Profit Sharing Plan, and the Compensation Committee of the Board of Directors of DST Systems, Inc.*

O'MELVENY & MYERS LLP

By: ___/s/ Paul Wooten___
    Gregory F. Jacob
    Paul J. Wooten
    1625 Eye Street, NW
    Washington, DC 20006
    Telephone: (202) 383-5300
    Facsimile: (202) 383-5414
    Emails: gjacob@omm.com
            pwooten@omm.com

*Counsel for Ruane, Cunniff & Goldfarb Inc., Ruane, Cunniff & Goldfarb LLC, and Ruane, Cunniff & Goldfarb L.P.*


PROSKAUER ROSE LLP

By: ___/s/ Myron D. Rumeld___
    Myron D. Rumeld
    Joseph E. Clark
    Eleven Times Square
    New York, NY 10036
    Telephone: (212) 969-3021
    Facsimile: (212) 969-2900
    Emails: mrumeld@proskauer.com
            jclark@proskauer.com

*Counsel for Robert D. Goldfarb*

COHEN & GRESSER LLP

By: _____
      Mark S. Cohen
      Jeffrey Lang
      800 Third Avenue, 21st Floor
      New York, NY 10022
      Telephone: (212) 957-7600
      Facsimile: (212) 957-4514
      Emails: mcohen@cohengresser.com
              jlang@cohengresser.com

*Counsel for David M. Poppe, Michael N. Sloyer, John B. Harris, Wendy D. Goodrich, and Patrick L. Dennis*